UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Richard K. Rayner, II,             Case No. 21-47215-MAR
                                                Chapter 7
          Debtor.                     Hon. Mark A. Randon
_____/

## STIPULATION TO ENTRY OF ORDER
## CONCERNING NONEXEMPT ASSETS

Chapter 7 Trustee Mark H. Shapiro and the Debtor stipulate to entry of the attached order for the Debtor to pay $13,839.43 for the estate's interest in nonexempt assets.

| Steinberg Shapiro & Clark | HS&A P.C. |
|---|---|
| /s/ Tracy M. Clark | /s/ with consent Timothy P. Stickradt |
| Tracy M. Clark (P60262) | Marguerite Hammerschmidt (P53908) |
| Attorney for Trustee | Timothy P. Stickradt (P57110) |
| 25925 Telegraph Rd., Suite 203 | Attorneys for Debtor |
| Southfield, MI 48033 | 26676 Woodward Ave. |
| (248) 352-4700 | Royal Oak, MI 48067 |
| clark@steinbergshapiro.com | (248) 988-8335 |
| | admin@hammer-stick.com |
| | tstickradt@hammer-stick.com |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Richard K. Rayner, II,　　　　　　　　　　　　Case No. 21-47215-MAR
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　Debtor.　　　　　　　　　　　　　Hon. Mark A. Randon
_____/

## ORDER CONCERNING NONEXEMPT ASSETS

This matter has come before the Court on the stipulation of the parties for the Debtor to pay $13,839.43 for the estate's interest in nonexempt assets. The Court is advised that the following assets are not fully exempt:

| Property Description | Value | Loan Payoff | Exemption | Nonexempt Equity |
|---|---|---|---|---|
| 1972 Buick Skylark | $6,000.00 | $1,900.00 | $3,725.00 | $375.00 |
| 2005 Ford F-350 | $4,700.00 | $0.00 | $0.00 | $4,700.00 |
| 1991 Supra Ski Boat | $3,500.00 | $0.00 | $0.00 | $3,500.00 |
| Genisys Credit Union checking account | $5,264.43 | $0.00 | $0.00 | $5,264.43 |
| | | | Total: | $13,839.43 |

(the "Nonexempt Assets"). The Court, noting the agreement of the parties, finds good cause to enter this order.

IT IS ORDERED as follows:

1.　　On or before February 25, 2022, the Debtor must deliver a check made payable to "Mark H. Shapiro, Trustee" in the amount of $13,839.43 to Trustee's counsel, Tracy M. Clark, Esq., at Steinberg Shapiro & Clark, 25925 Telegraph Rd., Suite 203, Southfield, Michigan 48033, for the Nonexempt Assets.

2. If the Debtor fails to timely deliver the payment to the Trustee, the Debtor will be in default, and this Order will constitute a judgment against the Debtor in the amount of $13,839.43, plus interest and costs, including attorney fees, and the Trustee may take collection action in accordance with Fed. R. Civ. P. 69(a) to enforce the total liability.